UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation, | :<br>:<br>:<br>: CIVIL ACTION NO. 3:06-cv-00423-PCD<br>:<br>:<br>: OCTOBER 10, 2006 |
| Plaintiffs, | : |
| v. | : |
| MATTHEW MARTELL, | : |
| Defendant. | : |

---

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Six Hundred Two Dollars and Forty-Eight Cents ($602.48).

3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Cornflake Girl," on album "Under the Pink," by artist "Tori Amos" (SR# 185-391);
- "A Quien Le Importa," on album "Thalia," by artist "Thalia" (SR# 317-586);
- "Beautiful," on album "ReadySexGo," by artist "Marvelous 3" (SR# 267-236);
- "Brena," on album "Mer De Noms," by artist "A Perfect Circle" (SR# 281-642);
- "My Baby You," on album "Marc Anthony," by artist "Marc Anthony" (SR# 284-194);
- "Exit," on album "The Joshua Tree," by artist "U2" (SR# 78-949);
- "When We Dance," on album "All This Time," by artist "Sting" (SR# 303-802);
- "Don't Turn Around," on album "The Sign," by artist "Ace of Base" (SR# 169-749);
- "Vitamin," on album "SCIENCE," by artist "Incubus" (SR# 249-690);
- "Believe," on album "Are You Gonna Go My Way," by artist "Lenny Kravitz" (SR# 149-143);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: __November 14, 2006__    By: _____
                                     Hon. Peter C. Dorsey
                                     United States District Judge